## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### MIDDLE District of Florida

Case Number: 8:19-CV-02933-T-35SPF

Plaintiff:
**JORDAN CARR, and all others similarly situated under 29 U.S.C. 216(b)**
vs.
Defendant:
**ZEPHYRHILLS DONUTS LLC, a Florida limited liability company, and MANOJ K. PRASAD, individually**

For: JORDAN RICHARDS
USA EMPLOYMENT LAWYERS – JORDAN RICHARDS, PLLC

PPJ2019005090

Received by Prestige Process on the 2nd day of December, 2019 at 9:06 am to be served on **Manoj K. Prasad, 36643 STATE ROAD 54, ZEPHYRHILLS, FL 33541.** I, MANNY BAYO, being duly sworn, depose and say that on the _2_ day of _JAN_, 20_20_ at _6 __ pm., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes or ( ) No   If yes, what branch? _____

Marital Status: ( ) Married or ( ) Single   Name of Spouse _____

COMMENTS: SERVICE WAS COMPLETED AT 9 CHADSFORD LANE, FREEHOLD, NJ 07728
_____
_____
_____

Age _55_ Sex (M) F   Race _BROWN_ Height _5'6_ Weight _170_ Hair _BLK_ Glasses Y N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

ANA G ALVARADO
Notary Public - State of New York
NO. 01AL6381875
Qualified in Queens County
My Commission Expires Oct 15, 2022

Subscribed and Sworn to before me on the _4_ day of _January, 2020_ by the affiant who is personally known to me.

NOTARY PUBLIC

PROCESS SERVER # _____
Appointed in accordance with State Statutes

Prestige Process
P.O Box 613634
Miami, FL 33261
(305) 490-4346

Our Job Serial Number: 2019005090

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1g